IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARA KINNEY,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>JOHN MARK PORTERFIELD,<br><br>    Defendant/Counter-Claimant. | CV 19–117–M–DWM<br><br>ORDER |

On October 10, 2019, Plaintiff Sara Kinney filed a "Motion for Judgment on the Pleadings pursuant to F.R.C.P. 12(c), or alternatively, for Summary Judgment pursuant to F.R.C.P. 56." (Doc. 14.) That filing fails to comply with the Local Rules for the District of Montana. *See, e.g.*, L.R. 7.1(c)(1) (position of other party); 7.1(d)(1)(A) (brief in support); 7.1(d)(2)(E) (certificate of compliance); 56.1(a) (statement of undisputed facts).

Accordingly, Plaintiff's motion (Doc. 14) is DENIED subject to refiling in compliance with the Local Rules.

DATED this 11th day of October, 2019.

Donald W. Molloy, District Judge
United States District Court