IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARA KINNEY,<br><br>       Plaintiff/Counter-Defendant,<br><br>vs.<br><br>JOHN MARK PORTERFIELD,<br><br>       Defendant/Counter-Claimant. | CV 19–117–M–DWM<br><br>ORDER |

Plaintiff Sara Kinney moves for the admission of John D. Bowers to practice before this Court in this case with Madison Worst and James K. Lubing to act as local counsel. Mr. Bower's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit John D. Bowers *pro hac vice* (Doc. 28) is GRANTED on the condition that Mr. Bowers shall do his own work. This means that Mr. Bowers must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bowers, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 22nd day of April, 2020.

_____  09:48 AM
Donald W. Molloy, District Judge
United States District Court