IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SARA KINNEY, | CV 19–117–M–DWM |
| Plaintiff/Counter-Defendant, | |
| vs. | ORDER |
| JOHN MARK PORTERFIELD, | |
| Defendant/Counter-Claimant. | |

The parties having filed a joint motion for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this ____ day of October, 2020.

_____
Donald W. Molloy, District Judge
United States District Court